**Order entered April 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01306-CR**
**No. 05-18-01307-CR**
**No. 05-18-01308-CR**

**GARY LEE CHAPPELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-53354-N, F16-60423-N & F17-76639-N**

## ORDER

Before the Court is appellant's April 19, 2019 pro se motion to review the appellate record in order to file a pro se response to counsel's *Anders* brief in cause nos. 05-18-01306-CR and 05-18-01307-CR.  By letter filed March 20, 2019, counsel informed the Court that counsel has already mailed appellant a copy of the appellate record.  Therefore we **DENY AS MOOT** appellant's motion.  In the event appellant has not received the appellate record from counsel, appellant is directed to inform the Court by letter that he did not receive the record.

We extend the time to file appellant's pro se response.  Appellant's pro se response shall be due on **June 7, 2019**.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to counsel for appellant and for the State.

We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to Gary Lee Chappell; TDCJ No. 02231679; Fort Stockton Unit; 1536 IH-10; Fort Stockton, Texas 79735.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE